468 A.2d 822

Commonwealth v̇. Coviello, Appellant.

Argued February 23, 1982.   Charles Witaconis, for appellant;  Amil Minora, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Berks County Common Pleas Court Judge Forrest G. Schaeffer, Jr. is affirmed.

468 A.2d 822

Commonwealth v. Evans, Appellant.
Petition for Allowance of Appeal
Denied Feb. 9, 1984.

Submitted June 1, 1983.   Edward Blumstein, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.